**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

September 21, 2006

Lincoln D. Almond
Magistrate Judge
U.S. District Court
John O. Pastore Federal Building
U.S. Post Office
Two Exchange Terrace
Providence, RI 02903

RE: Case Number: 1:06M98A

Dear Judge Almond:

As they had hoped, agents were able to produce a mirror image of the computer hard drive found during the course of the authorized search of the premises at 1394 Frenchtown Road in East Greenwich. Thus the computer was not removed from the property. Please let me know if you have any questions.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

STEPHANIE S. BROWNE
Assistant U.S. Attorney